**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
  MARY MCCLOUD,

                              Plaintiff,                    25 **CIVIL** 8291 (RA)

          -v-                                               **JUDGMENT**


FRANK BISIGNANO,
Commissioner of Social Security,

                              Defendant.
--------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 23, 2026, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

calculation and payment of benefits.

**Dated:** New York, New York

        January 28, 2026


                                                    **TAMMI M. HELLWIG**
                                        _____
                                                    **Clerk of Court**

                          **BY:**          K. mango
                                        _____
                                                    **Deputy Clerk**